IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

    Plaintiff,

v.

    NOTICE OF APPEAL

ROMAN Y. KAPLAN And NATHAN TAPIO,

    CASE NO. 17-CV-861-JDP

    Defendants.

---

## NOTICE OF APPEAL AND REQUEST FOR A NOTICE OF APPEAL
## IN REGARDS TO THE DISTRICT COURT OPINION AND ORDER OF JULY 26, 2018

---

Notice Is Hereby Given That I Robert Earl Alexander, Plaintiff, Hereby Appeal To The United States Of Appeals For The 7th Seventh Circuit From The Final Judgment In Regards To Plaintiff's Motion For A Preliminary Injunction Deliberate Indifference To A Serious Medical Needs Entered On The 26th Day Of July, 2018. Plaintiff Further Declare Under The Penalty Of Perjury That He Is Indigent And Therefore Is Unable To Pay The Required Filing Fee. And Further Pray That The Court Request That The Court To Proceed In This Matter In Forma Pauperus.

Respectfully Submitted By:

Robert E Alexander
Robert Earl Alexander

Robert Earl Alexander DOC# 070371
Dodge Correctional Institution
P.O. Box 700
Waupun, Wisconsin        53963-0700

MILWAUKEE WI 530
27 AUG 2018 PM 2 L



LEGAL MAIL SENT ON 8-23-2018
Thursday 2nd Attempt Friday
Because Of Insufficient Funds
Unable To Use Disbursement
So A 3rd Envelope Had To Be
Used To Accommodate Postage
Weight To Send Mail

Honorable James D. Petersen
United States District Court
Western District Of Wisconsin
120 North Henry Street, 320
Madison, Wisconsin        53703

25/9

53703-255995

THIS LETTER HAS BEEN MAILED FROM THE WISCONSIN PRISON SYSTEM