IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER,

    Plaintiff,

  v.

Case No. 17-cv-861-jdp

WARDEN BRIAN FOSTER,
RANDY MUELLER, TONY MELI, CAPT.
WESTRA, LT. BURNS, ANGELA E. KROLL,
C.O. II EWERDT, LT. IMMERFALL,
LT. KUEPPER, CAPT. RADKE,
SGT. MRS. MOUNGAY, C.O. SMITH, CAPT.
BAUER, CAPT. TRITT, SGT. KLEMMERS,
SGT. MR. MOUNGAY, SGT. SMITH, SGT.
HAWKINS, SGT. TRITT, CAPT. OLSON, SGT.
SANKEY, SGT. SANCHEZ,
C.O. SGT. BRAEMER, SGT. MEYERS,
SGT. BLAKE, C.O. MASON, C.O. BROCK, C.O.
LASH, C.O. POHL, C.O. KING, C.O. TIDD,
C.O. HESS, C.O. SCHULTZ, SGT. BEAMH,
SGT. MOORE, C.O. MORTENSON,
 C.O. WEDDIG, ICE MR. MUENCHOW,
DR. J. VAN BUREN, C.O. MAHONEY,
C.O. BLAKE, CAPT. SABISH, SGT. PRICE,
C.O. QAU, HSUM CHRYSTAL MARCHANT,
RN LARSON, RN GAIL WALTZ,
RN ANN YORK, C.O. EWERDT, C.O. GILL,
RN FOSTER, RN LAESON, DR. SCHMIDT,
NATHAN TAPIO and ROMAN KAPLAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | March 15, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |