IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT EARL ALEXANDER
        Plaintiff

v.

                                                  Case No. 17CV861

NATHAN TAPIO AND
ROMAN Y. KAPLAN
        DEFENDANTS

## NOTICE OF APPEAL

Notice Is Hereby Given That Plaintiff Robert Earl Alexander In The Above Named Case, Hereby Appeal To The United States Court Of Appeals For The 7th circuit from The Final Judgment From The Order And Opinion Dismissing Plaintiff USC Civil Rights Prisoner Eighth Amendment Cruel And Unusual Punishment Claim. For A Medical Deliberate Indifference To A Serious Medical Need Claim. Therefore Granting Defendants Summary Judgment. From The Final Judgment In This Matter... Entered In This Action on The 15th Day Of March, 2022

Respectfully Submitted By:

Plaintiff Hereby Swears Under The Pentalty Of Perjury. All Fact Above Are True

Robert E. Alexander
Robert Earl Alexander DOC# 70371

Signed On April 15, 2022 Friday